UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMITILA PELAEZ RALON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KAISER PERMANENTE HOSPITAL,<br><br>　　　　Defendant. | Case No. 23-cv-03344-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DENYING MOTION TO DISMISS AMENDED COMPLAINT WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 15, 23 |

Presently before the Court is Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Rule 12(b)(2)) and Insufficient Service of Process (Rule 12(b)(5)) ("Motion to Dismiss") and Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion for Leave"). Defendant's Motion to Dismiss is based, in large part, on the fact that Kaiser Permanente Hospital is a nonexistent entity. Plaintiff seeks leave to file a second amended complaint to name as defendants Kaiser Foundation Hospitals and Kaiser Foundation Health Plan, Inc. and remove Kaiser Permanente Hospital as a defendant. Because Plaintiff's proposed Second Amended Complaint may render moot the pending Motion to Dismiss, the Court GRANTS the Motion for Leave and instructs the Clerk to file the Second Amended Complaint. The Motion to Dismiss is DENIED without prejudice and the motion hearing set for March 22, 2024 is vacated. The Case Management Conference set for the same date will be conducted at 2:00 p.m. instead of 9:30 a.m.

**IT IS SO ORDERED.**

Dated: February 23, 2024

JOSEPH C. SPERO
United States Magistrate Judge