UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DOMITILA PELAEZ RALON, | Case No. 23-cv-03344-JCS |
|---|---|
| Plaintiff, | |
| v. | **ORDER DENYING PLAINTIFF'S THIRD MOTION FOR APPOINTMENT OF PRO BONO COUNSEL** |
| KAISER FOUNDATION HEALTH PLAN, INC., et al., | |
| Defendants. | Re: Dkt. No. 75 |

Plaintiff has filed a motion asking the Court to appoint pro bono counsel ("Motion"). This is Plaintiff's third request for appointment of counsel. The Court denied Plaintiff's second request for appointment of counsel on December 16, 2024. *See* dkt. no. 63. There have been no developments in the case since that time that have changed the Court's conclusions. In particular, it is not apparent to the Court that this case has sufficient merit to support the conclusion that there are "exceptional circumstances" that warrant the appointment of counsel. Therefore, for the reasons stated in the December 16, 2024 Order and herein, the Court DENIES the Motion. Plaintiff may renew her request for appointment of counsel only if the case survives summary judgment.

**IT IS SO ORDERED.**

Dated: February 20, 2025

JOSEPH C. SPERO
United States Magistrate Judge