UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMITILA PELAEZ RALON,<br>    Plaintiff,<br>v.<br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br>    Defendants. | Case No. 23-cv-03344-JCS<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 86 |

Plaintiff has filed a "Motion to Extension of Time" ("Motion"). Dkt no. 86. It is not entirely clear what deadline Plaintiff is seeking to extend, but it appears that she may be seeking an extension of the April 16, 2025 deadline to file dispositive motions to May 16, 2025 and an extension of the fact discovery cut-off. As best the Court can discern, Plaintiff would like additional time to obtain further discovery from Kaiser, including security camera footage she believes Kaiser has refused to turn over and depositions. Almost a year ago, Kaiser provided discovery responses stating that "[a]fter a diligent search and reasonable inquiry responding parties are not aware of any video footage relating to the claims raised in the Complaint." Likar Decl., Ex. C (dkt. no. 88-1). The Court quashed Plaintiff's deposition subpoenas, which were procedurally defective in numerous respects, on December 13, 2024 and gave Plaintiff until December 20, 2024 to meet and confer with Kaiser about scheduling and to issue corrected deposition subpoenas. There is nothing in the record suggesting that Plaintiff met and conferred with Kaiser or issued deposition subpoenas that were in compliance with the Federal Rules of Civil Procedure or this Court's Local Rules.

The formal close of fact discovery set by the Court was December 31, 2024. Dkt. no. 52. However, the Court extended the deadline as to certain discovery due to Plaintiff's failure to

1  respond to certain discovery requests by Kaiser and difficulties in obtaining the depositions of
2  Plaintiff and Mr. Villalta.  Dkt. nos. 65, 67.  Thus, the fact discovery cut-off was, at the latest,
3  February 12, 2025, when the last of these extended deadlines had passed.   Pursuant to Civil Local
4  Rule 37-3, "no discovery-related motions may be filed more than 7 days after the discovery cut-off
5  … [and] [d]iscovery requests that call for responses or depositions after the applicable discovery
6  cut-off are not enforceable, except by order of the Court for good cause shown."  The instant
7  Motion was filed on March 31, 2025, more than a month after the fact discovery cut-off.

8      Plaintiff has not demonstrated good cause to extend the fact discovery cut-off in order to
9  pursue additional fact discovery or the deadline to file her motion for summary judgment.  She
10 offers no evidence that controverts Kaiser's representation that it has searched for and found no
11 videos or any plausible reason to question that representation.  She also offers no explanation for
12 her delay of almost of year, until well after the close of fact discovery, to pursue that issue.  Nor
13 does she offer any explanation for her failure to promptly issue corrected deposition subpoenas for
14 any Kaiser witnesses she sought to depose following the Court's December 13, 2024 order.  The
15 Court notes that in that Order, it explained the defects in the previous subpoenas so that Plaintiff
16 could correct them.

17     Accordingly, the Motion is DENIED.
18     **IT IS SO ORDERED.**

20 Dated:  April 4, 2025

                      JOSEPH C. SPERO
                      United States Magistrate Judge