UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMITILA PELAEZ RALON,<br><br>        Plaintiff,<br><br>    v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-03344-JCS<br><br>**ORDER DENYING MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>Re: Dkt. No. 90 |

Plaintiff has brought a Motion for Extension of Time to Complete Discovery, dkt. no. 90 ("Motion"), in which she requests the same relief as she requested in her previous motion for an extension of time, dkt. no. 86. The Court denied Plaintiff's previous motion in its April 4, 2025 Order, dkt. no. 89. Accordingly, the Court construes the Motion as a motion to reconsider its previous ruling. Pursuant to Civil Local Rule 7-9, a party may not bring a motion for reconsideration without first obtaining leave of court to do so. Further, a motion for leave to file a motion for reconsideration must show that one of the following requirements is met:

> (1) That at the time of the motion for leave, a material difference in fact or law exists from that which was presented to the Court before entry of the interlocutory order for which reconsideration is sought. The party also must show that in the exercise of reasonable diligence the party applying for reconsideration did not know such fact or law at the time of the interlocutory order; or
>
> (2) The emergence of new material facts or a change of law occurring after the time of such order; or
>
> (3) A manifest failure by the Court to consider material facts or dispositive legal arguments which were presented to the Court before such interlocutory order.

Civ.L.R. 7-9(b). As Plaintiff has not demonstrated that any of these requirements is satisfied, the

Motion is DENIED.

**IT IS SO ORDERED.**

Dated: April 15, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge