UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMITILA PELAEZ RALON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-03344-JCS   (EMC)<br><br>**ORDER DENYING MOTION TO REPLACE MAGISTRATE JUDGE**<br><br>Docket No. 100 |

Before the Court is Plaintiff's second motion to replace Magistrate Judge Spero with a District Judge. *See* Docket No. 100. Plaintiff's motion is **DENIED**. Plaintiff has again failed to establish good cause or extraordinary circumstances to vacate her consent to a Magistrate Judge. *Branch v. Umphenour*, 936 F.3d 994, 1004-1005 (9th Cir. 2019).

**IT IS SO ORDERED**.

Dated: June 10, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　United States District Judge